B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of California

## Voluntary Petition

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bartlett, Jason K Mr** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5246** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3955 Kingsbarns Drive**<br>**Roseville, CA**<br>ZIP Code **95747** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Placer** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same as above**<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

THIS SPACE IS FOR COURT USE ONLY

2011-48334
FILED
December 06, 2011
3:14 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003942059

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Bartlett, Jason K Mr** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** **/s/ Steven C. Lynes, Esq.** **December 6, 2011**
Signature of Attorney for Debtor(s) (Date)
**Steven C. Lynes, Esq. 174020**

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

____________________________
(Name of landlord that obtained judgment)

____________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Bartlett, Jason K Mr**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jason K Bartlett, Mr**
Signature of Debtor **Jason K Bartlett, Mr**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December 6, 2011**
Date

### Signature of Attorney*

X **/s/ Steven C. Lynes, Esq.**
Signature of Attorney for Debtor(s)

**Steven C. Lynes, Esq. 174020**
Printed Name of Attorney for Debtor(s)

**Lynes & Associates**
Firm Name
**1478 Stone Point Drive, Ste 400**
**Rancho Cordova, CA 96661-2876**

Address

**(916)367-5844**
Telephone Number

**December 6, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of California

In re **Jason K Bartlett, Mr** Case No. ________
Debtor(s) Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Jason K Bartlett, Mr**
**Jason K Bartlett, Mr**

Date: **December 6, 2011**

Certificate Number: 00478-CAE-CC-016772809

00478-CAE-CC-016772809

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 5, 2011, at 12:40 o'clock PM PST, Jason K Bartlett received from Springboard Nonprofit Consumer Credit Management, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: December 5, 2011

By: /s/Jeanette Ambriz

Name: Jeanette Ambriz

Title: Certified Financial Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Capital One Bank USA
3901 Dallas Pkwy
Plano, TX 75093

ADT Security Services, Inc
P.O. Box 650485
Dallas, TX 75265-0485

American Express
P.O. Box 7871
Fort Lauderdale, FL 33329

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

Angius & Terry Collections
1451 Rive Park Drive, Ste 125
Sacramento, CA 95815

Asset Acceptance
P.O. Box 2036
Warren, MI 48090

Associated Recovery Systems
A Division of ARS Nation Services
P.O. Box 469046
Escondido, CA 92046

ATT Mobility
4120 International PKWY
Carrollton, TX 75007-1958

BAC Home Loans Serv LP
450 American St SV
Simi Valley, CA 93065

Bank of America
P.O. Box 2759
Jacksonville, FL 32202

Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344

CA Bank &Trust

California Bank and Trust
P.O. Box 3963
Glendale, CA 91221-0963

CB Associates
P.O. Box 150
Fairfield, CA 94533

CBA
460 Union Avenue, Suite C
Fairfield, CA 94533-6320

CCB Credit Services
5300 S 6th Street
Springfield, IL 62703-5184

Chase
Bank One Card Service
Westerville, OH 43081

Chase Bank USA, NA
Card Member Services
2500 Westfield Drive
Elgin, IL 60124-7836

Citibank/Asset Acceptance
P.O. Box 469100
Escondido, CA 92046-9100

CitiMortgage
15851 Clayton Road
Ballwin, MO 63011

City of Lincoln
600 Sixth Street
Lincoln, CA 95648

Daniel A. Heald, Esq.
15910 Ventura Blvd, Ste 12
Encino, CA 91436

Euler Hermes
600 South 7th Street
Louisville, KY 40201-1672

Fidelity Card
440 Western Ave Ste 202
Glendale, CA 91201

First Source Advantage
P.O. Box 628
Buffalo, NY 14240-0628

Ford Motor Credit Company
1269 Phoenix Drive
Manteca, CA 95336

GE Capital Information Technology
DBA Ikon Financial Services
c/o Hemar, Rousso & Heald LLP
15910 Ventura Blvd, Ste 1200
Encino, CA 91436

Gilbert Khachadourian, Jr.
3455 American River Drive, Suite C
Sacramento, CA 95864

Global Credit & Collections Corp
300 International Drive
Buffalo, NY 14221

Hunt & Henriques
Attorney at Law
151 Bernal Road
San Jose, CA 95119-1306

James K. Roberts
453 Rumsey Road
Columbus, OH 43207

JBWO Inc
3955 Kingsbarns Drive
Roseville, CA 95747

JBWO Inc
3955 Kingsbarns Dr
Roseville, CA 95747

JBWO, Inc
3955 Kingsbarns Drive
Roseville, CA 95747

JBWO, Inc
970 Reserve Drive
Suite 160
Roseville, CA 95678

Jennifer A. Smith, Esq.
Buchalter Nemer
1000 Wilshire Blve, Suite 1500
Los Angeles, CA 90017-2457

Jonathan Neil & Associates
18321 Ventura Blvd, Suite 1000
Tarzana, CA 91356

Law Office of Brian Ferber, INC
5611 Fallbrook Ave
Woodland Hills, CA 91367

Law Office of Mitchell N. Kay P.C
7 Penn Plaza
New York, NY 10001

Midland Funding
8875 Aero Drive, Ste 200
San Diego, CA 92123

Morgan Creek  Community Association
1451 River Park Drive, Ste 125
Sacramento, CA 95815

MRS Associates, Inc
1930 Olney Avenue
Cherry Hill, NJ 08003

N.A.R
5225 Wiley Post Way, #410
Salt Lake City, UT 84116-2561

Nationwide Credit Inc
2015 Vaughn Rd NW, BLD 400
Kennesaw, GA 30144-7801

Nelson & Kennard
2180 Harvard Street, Ste 160
Sacramento, CA 95853

Nor-Cal Escapes
460 Union Avenue, Suite C
Fairfield, CA 94533-6320

Northstar Location Services, LLC
4285 Genesee Street
Buffalo, NY 14225-1943

Northstar Location Services, LLC
4285 Geness Street
Buffalo, NY 14225-1943

Placer County Tax Collector
2976 Richardson Drive
Auburn, CA 95603

Primary Financial Services
3115 N. 3rd Avenue, #112
Phoenix, AZ 85013

Profile Recovery Associates, LLV
Dept 922
P.O. Box 4115
Concord, CA 94524

RC Willey
2301 S. West
Salt Lake City, UT 84115

Real Time Resolution
1750 Regal Row, Ste 120
Dallas, TX 75235-2287

Rory W. Clark, Esq.
5743 Corsa Ave, Ste 215
Thousand Oaks, CA 91362-6467

Schools Financial Credit Union
P.O. Box 52001
Sacramento, CA 95852

Sentry Credit, Inc.
P.O. Box 12070
Everett, WA 98206-2070

Silverado Bank
2270 Douglas Blvd, Suite 220
Roseville, CA 95661

Southwest Credit
4120 Internation Pkwy, Suite 1100
Carrollton, TX 75007-1958

Tam Le
9024 Brown Road
Elk Grove, CA 95624

The Moore Law Group
P.O. Box 25145
Santa Ana, CA 92799-5145

Tiburon Financial, L.L.C.
P.O. Box 770
Boys Town, NE 68010-0770

Washington Mutual
P.O. Box 660487
Dallas, TX 75266-0487

Wells Fargo
P.O. Box 10438
Des Moines, IA 50306

William T. Osborne
3955 Kingsbarns Drive
Roseville, CA 95747

William T. Osborne
3655 Kingsbarns Drive
Roseville, CA 95747