FILED
July 20, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004349649

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**In re**

Jason K. Bartlett

**Debtor(s).**

**Case No.** 2011-48334

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:

- ☐ Petition
- ☐ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☒ Schedules (check appropriate boxes). *See Instruction #4 below.*
  ☒ A ☐ B ☐ C ☐ D ☐ E ☐ F ☐ G ☐ H ☐ I ☐ J
- ☒ Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  ***REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.***
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders

Purpose of amendment (check one):

- ☐ To add pre-petition creditors, delete creditors, change amounts owed or classification of debt (**30.00 fee required**, provided the judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change creditors must be accompanied by an amended matrix listing only the creditors added or changed.
- ☒ No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (**NOTE:** Proof of service, indicating that service has been made, must be filed with the Court.)

Dated: 7/20/12

Attorney's [or *Pro Se* Debtor's] Signature: /s/ Steven C. Lynes
Printed Name: STEVEN C. LYNES
Mailing Address : 919 Reserve Drive, Suite 131
Roseville CA 95678

DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of 2 pages, is true and correct to the best of my(our) information and belief.

Dated: 7/20/12

/s/ Jason Bartlett
Debtor's Signature

Dated:

Joint Debtor's Signature

**INSTRUCTIONS**

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. ***Do not use an amendment cover sheet when submitting amended plans or amendments to plans.***
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D , E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change creditors must be accompanied by a separately filed amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a text file containing the creditors in the standard master address list format. These two files must be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." **(NOTE: No personal checks will be accepted.)**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re **Jason K Bartlett, Mr**, Debtor

Case No. **2011-48334**

Chapter **7**

## SUMMARY OF SCHEDULES - Second Amended

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 550,000.00 | | |
| B - Personal Property | Yes | 3 | 76,100.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,285,057.47 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 2,346.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 635,938.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,823.18 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,236.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | | Total Assets | 626,100.00 | | |
| | | | Total Liabilities | 1,923,342.22 | |

B6C (Official Form 6C) (4/10)

In re Jason K Bartlett, Mr, Debtor

Case No. 2011-48334

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - Second Amended

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| <u>Checking, Savings, or Other Financial Accounts, Certificates of Deposit</u> | | | |
| Umpqua Bank Checking Account No. 991907981 | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| <u>Household Goods and Furnishings</u> | | | |
| Bed, headboard, mattress | C.C.P. § 703.140(b)(3) | 350.00 | 350.00 |
| Bedroom set (dresser and 2 night stands); comforter; linens; Miscellaneous kitchenware; living room furniture and dining room furniture | C.C.P. § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| <u>Books, Pictures and Other Art Objects; Collectibles</u> | | | |
| 2 prints; 1 painting | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| <u>Wearing Apparel</u> | | | |
| Men's clothing (work clothes and casual clothing) | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| <u>Furs and Jewelry</u> | | | |
| Nixon Watch | C.C.P. § 703.140(b)(4) | 150.00 | 150.00 |
| <u>Other Liquidated Debts Owing Debtor Including Tax Refund</u> | | | |
| Lawsuit pending against First Advantage Realty - Creditor filed Bankruptcy - unsure of amount I will recoup if any. | C.C.P. § 703.140(b)(5) | Unknown | Unknown |
| <u>Stock Ownership in Businesses</u> | | | |
| JKB Insurance Services, Inc. (100% stock ownership) | C.C.P. § 703.140(b)(5) | 15,000.00 | 15,000.00 |
| JKB Real Estate Services, Inc. (100% stock ownership) | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| <u>Real Property</u> 3395 Kingsbarn Drive Roseville, CA 95747 | C.C.P. § 703.140(b)(5) | 1.00 | 550.000.00 |
| | Total: | 19,101.00 | 569,101.00 |

0 continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy