FORM EDC 6−640 Order Closing Case Where Case Has Been Reopened (v.11.07)

11−48334 − C − 7

| | | |
|---|---|---|
| | UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>**Robert T Matsui United States Courthouse**<br>**501 I Street, Suite 3−200**<br>**Sacramento, CA 95814**<br><br>(916) 930−4400<br>www.caeb.uscourts.gov<br>M−F 9:00 AM − 4:00 PM | **FILED**<br><br>**2/27/14**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>kvas |

# ORDER CLOSING CASE WHERE CASE HAS BEEN REOPENED

**Case Number:** 11−48334 − C − 7

**Debtor Name(s) and Address(es):**

Jason K Bartlett Mr
3955 Kingsbarns Drive
Roseville, CA 95747

An order reopening case having been entered and the estate having been fully administered;

**IT IS ORDERED** that the above−entitled case be and the same is hereby closed.

Dated: 2/27/14

Wayne Blackwelder
Clerk of Court